IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Tysha S. Holmes

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

Eric K. Fanning
Secretary of the Army
Department of the Army

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☑ Yes    ☐ No
*(check one)*

RECEIVED
USDC CLERK, COLUMBIA, SC
2017 MAR 13 PM 3:30

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                   Tysha S. Holmes
Street Address         328 Richmond Farm Circle
City and County        Lexington, SC   29072
State and Zip Code     Lexington County
Telephone Number       803-520-4510

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name                   Eric K. Fanning
Job or Title           Secretary of the Army
(if known)
Street Address         Department of the Army
City and County
State and Zip Code
Telephone Number

Defendant No. 2

Name
Job or Title
(if known)
Street Address         United States Department of Justice
City and County
State and Zip Code
Telephone Number

Defendant No. 3

Name

2

Name _____

Job or Title
(if known) _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name _Dept. of the Army, Ft Jackson_

Street Address _____

City and County _Richland_

State and Zip Code _SC    2920_

Telephone Number _803-_

**II.    Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter*

3

*from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law):*

_____

☐ Relevant state law *(specify, if known):*

_____

☐ Relevant city or county law *(specify, if known):*

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☑ Failure to hire me. (Reinstate)

☐ Termination of my employment.

☐ Failure to promote me.

☑ Failure to accommodate my disability.

☑ Unequal terms and conditions of my employment.

☑ Retaliation.

☑ Other acts *(specify)*:  Reprisal _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s)

2013                    2014 _____

C.  I believe that defendant(s) *(check one)*:

4

☑ is/are still committing these acts against me.

☐ is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑ race _Black_____

☑ color _Dark Complexion_____

☐ gender/sex _____

☐ religion _____

☐ national origin _____

☐ age.  My year of birth is _____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☑ disability or perceived disability *(specify disability)*

_Shoulder/neck_____

E.   The facts of my case are as follows.  Attach additional pages if needed.

_Applicable as mixed case complaint, EEO was the_
_venue initially and only for these specific complaints (see attached)._
_Not afforded a fair investigative EEO process, including_
_denial of representative to be present. Initially EEO office_
_refused to process my complaints, used intimidation to persons represented_
_in the EEO issues (reprisal), IG complaint sent about this but nothing_
_done. Title VII - Plaintiff established prima facie case for disparate_

*(Note:  As additional support for the facts of your claim, you may attach to this* impacts*complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_2014 September 3_____

B.   The Equal Employment Opportunity Commission *(check one)*:

5

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)*

December 10, 2016 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

+120,000

(See attached also) Requesting Back pay with interest, monitory loss due to discrimination, failure to promote (instead gave position without competition to white male, less experience, only moved to that section after he threw a pen at a nurse. Injunctive relief including return of benefits, including FSA funds lost due to agency denying me normal protocols for any personal action. Compensatory damages, front pay for, including over-time missed, end declarative relief to help partial restoration of my reputation, career

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support

6

after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _March 7_, 20_17_

Signature of Plaintiff    _____

Printed Name of Plaintiff    _Tysha S. Holmes_

**B.    For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

E-mail Address    _____